Dear Judge Dalton,

Thank you for the thought and effort you have put into my case. Before sentencing, I'd like you to know more about me.

The person I was portrayed as in court does not represent who I am, the way I think, live, or treat people. You should be receiving documents telling the story of my life and listing my accomplishments and qualities. And, I hope you receive many letters telling of what people's experiences with me have been. But, I expect there may be some questions, still, regarding who I am. In my life, I've learned that the things which motivate me and the way I make decisions and prioritize are different from most other people. It has caused me confusion and I know it has made me difficult for most people to get to know.

When I was young, I believe my life goals were typical. I thought I was typical in my aspirations. I thought I wanted money and power and things which come from them. So, my first career was as a stockbroker. I failed miserably when I tried to convince strangers over the phone of advice I didn't feel strongly about. I didn't feel like I was providing a great service to them. I learned that being a stockbroker was more about salesmanship than service and being successful meant worrying more about my commissions than the client's profits.

I couldn't do that.

At the age of 29, I bought a house and finally began helping people by doing things I'm good at. Having a garage, driveway, yard, and shed, I started doing mechanical work for friends and family. I didn't care what the job was, as long as I liked the person who needed my help and the work was challenging or interesting in some way. I was sometimes paid in money, hugs, pizza, or old tools, but always with appreciation. What was important to me was that I could see the results of my work and that I felt accomplished at the end of the day and that people appreciated me.

I used to think money motivated me. I assumed, because it seemed to motivate everyone else. I needed money, as we all do, but appreciation was what motivated me.

So, although my last official career was as a private investigator, my last real career was helping people.

Working with my hands is what I'm best at and not being able to do that for people I care about or help them in any way is the worste part of incarceration for me. I have fixed cars, air conditioning and refrigeration systems, repaired and refinished furniture. I've done moving and painting and pressure washing, helped with renovation, auto body work and porch screening. I worked on cars through the night with a flashlight until

the sun came up, and also in the rain. And, I've felt good about it and I've been appreciated and I miss it.

I was first arrested on September 11th, 2015, and was placed on home detention until my second arrest, on November 19th. During that time, I discontinued private investigative work and cut back my mechanical work to what I could do at home. I also took that opportunity to apply for ASE certification as an auto mechanic and began pursuing my first full-time job as a mechanic. It was to be the highest paying job I had ever had. My secondary focus was artwork. That was to become my career after auto repair. I had planned to spend my free time building an inventory of my work, so I would be ready to, someday, make the change and paint into retirement.

Art was actually my missed calling. It was what I was always supposed to do with my life, but I never saw it as a valid career. I won more art awards in school than I can recall and am sure I could have had scholarships to art school, but I treated it as an occassional hobby through my life.

During my two months of pretrial release, painting became my full-time occupation. I painted from sun-up into the evening and spent over 70 hours per week at it. Those two months were some of the best in my life. I was doing what

I knew I was supposed to do with my life. I was painting and helping people. And, I knew the mechanic job I would get would be a big help for me to catch up financially and also help certain friends with their needs and goals. But, then I was taken to jail.

What I was accused of, and am now convicted of, is disgusting and I'm ashamed for how I've been portrayed to the court and to the public. And, it hurts me that it's damaged the lives of people I love. I'm embarrassed for my friends and family and especially for those who have the same name as me. They're all good people. (If you've ever met good people, they are them.) The problems and damaged relationships I have now I don't know how to fix, even if I were free. But, I'm trying and I know I have to because I owe it to them and I need to be appreciated again.

I suppose this is the part of the letter where I ask you for something. However, when I look at the situation I'm in and the condition of my life and the lives of people I love, I don't know what to ask for. I pray to God and I don't know what to ask Him for either. I just tell him I don't know what I'm supposed to do and that I need help, but I don't know what it is.

Perhaps I just want you to know who I am. I think that's one of the main things people want in life, for someone to know them.

Sincerely,

Timothy M. Sedlak